## EXHIBIT 6 (b)

## AFFIDAVIT OF SALLY DAVIS

## PLAINTIFF'S INVOICE FOR HOME CONSTRUCTION CENTER

## Notes

A copy of an invoice that I printed up for The Home Construction Center, for 9 gallons & 3 quarts of paint.

On this invoice I kept track of all their colors so that I could make more for them if they needed it.

I also coordinated & chose all the colors for each one of these rooms.



www.repcolite.com

PAGE NO 1

| Cust No | Job No | Purchase Order | Reference | Terms | Clerk | Date | Time |
|---|---|---|---|---|---|---|---|
| 16594 | | | GAME ROOM&POOL ROOM | NET 25 | 62 | 2/11/08 | 12:06 |

Sold To:
HOME CONSTRUCTION CENTER
9818 CHERRY VALLEY AVE
M-37 SE
CALEDONIA      MI 49316

Ship To:

DOC# 880004
TERM#581    **DUPLICATE**
            * INVOICE *
SLSPR:   62 SALLY        *************
TAX  :   001 MI STATE SALES TAX

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | | GL | 419123 | HALLMARK SATIN SHEEN-282 BASE | 2 | 25.45 /GL | 50.90 |
| 2 | *Trim Stillwood* | | | | RL 8776    B42, CY4, IY20 | | | |
| 3 | 2 | | GL | 429023 | HALLMARK EGGSHELL - 402 BASE | 2 | 25.05 /GL | 50.10 |
| 4 | *Top Papered Wall* | | | | RL 8776    B42, CY4, IY20 | | | |
| 5 | 2 | | GL | 429063 | HALLMARK EGGSHELL - 406 BASE | 2 | 27.05 /GL | 54.10 |
| 6 | *Walls Swimming Pool Rm.* | | | | RL  TORY BLUE    B32, D40, | | | |
| 7 | | | | | E6Y16, KX3Y12 | | | |
| 8 | 2 | | QT | 419162 | HALLMARK SATIN SHEEN-286 BASE | 2 | 11.25 /QT | 22.50 |
| 9 | *2 Doors in* | | | | RL  TORY BLUE    B32, D40, | | | |
| 10 | *Pool Area* | | | | E6Y16, KX3Y12 | | | |
| 11 | 2 | | GL | 429063 | HALLMARK EGGSHELL - 406 BASE | 2 | 27.05 /GL | 54.10 |
| | *Gameroom Walls* | | | | RL FARMHOUSE OCRE   B16, RY4, | | | |
| | | | | | T8Y32, KX3Y16 | | | |
| 14 | 1 | | QT | 419162 | HALLMARK SATIN SHEEN-286 BASE | 1 | 11.25 /QT | 11.25 |
| 15 | *Entrance Door* | | | | RL FARMHOUSE OCRE   B16, RY4, | | | |
| 16 | | | | | T8Y32, KX3Y16 | | | |
| 17 | 1 | | GL | 419163 | HALLMARK SATIN SHEEN-286 BASE | 1 | 27.45 /GL | 27.45 |
| 18 | *Under Counter* | | | | RL BARGEBOARD BROWN   B5Y, | | | |
| 19 | | | | | C40, FY36, KX3Y24 | | | |

** AMOUNT CHARGED TO STORE ACCOUNT **    286.62    TAXABLE         270.40
                                                   NON-TAXABLE       0.00
                                                   SUBTOTAL        270.40

                                                   TAX AMOUNT       16.22
                                                   TOTAL AMOUNT    286.62

**RepcoLite** STORE LOCATIONS

Factory Store   Lakewood            Jenison         Kentwood          Plainfield
473 W.17th Street  701 Lakewood Blvd.  694 Chicago Drive  3631 44th Street SE  4496 Plainfield NE
Holland, MI 49423  Holland, MI 49424   Jenison, MI 49428  Kentwood, MI 49512  Grand Rapids, MI 49525
616.396.6213    616.393.0025       616.457.4190     616.554.5007       616.361.1338

000251        X
                                                                Received By