EXHIBIT 7 (c)

AFFIDAVIT OF SALLY DAVIS

PLAINTIFF'S INVOICE TO MR. TUCKER
ADVISING HIM OF CREDIT ERROR

**RepcoLite Paints, Inc.**

Tucker,

Please note: This is credit to apply <u>towards</u> invoice # <u>5824610</u>. Credit <u>should have been</u> $23.47 <u>not</u> $17.99.

Talked to Karen in credit at Patton on 3/26/10. She is issueing the remainder of the credit, $5.48 under credit memo #0990257.

Sally

| CREDIT MEMO | |
|---|---|
| TAX | |
| TOTAL | |
| DEPOSIT | |
| BAL DUE | |
| OTHER AMOUNT | |
| CHARGE  DEPOSIT | TOTAL DUE |
| | 17.99- |
| | CUSTOMER ORIGINAL |

473 WEST 17th STREET • HOLLAND, MICHIGAN 49423
PHONE (616) 396-1275 • FAX (616) 396-9654 • www.repcolite.com

000052